IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHIRLEY ANN HARRISON** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:07CV111 LG-JMR** |
| | § | |
| **DOLGENCORP, INC. and JOHN DOES 1-5** | § § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [49] filed by the Defendant, Dolgencorp, Inc., the Court, after a full review and consideration of the Motion and response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Motion for Summary Judgment [49] filed by the Defendant, Dolgencorp, Inc., is **GRANTED**. Plaintiff's claims against the Defendant are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 14th day of November 2008.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge